IGNAZ STRAUSS & CO., INC. *v.* UNITED STATES

**No. 5740.**—Invoices dated Yokohama, Japan, August 14, 1940, etc.
Entered at New York, N. Y., September 18, 1940, etc.
Entry No. 713744, etc.

(Decided October 21, 1942)

*Puckhafer, Rode & Rode* (*John D. Rode* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: The three appeals listed above have been submitted for decision upon the following stipulation:

1. That the rayon mats from Japan covered by the reappraisements specified above are articles of rayon which in all material respects is such or similar to the rayon in the articles the subject of the decision in *United States* v. *Nippon Dry Goods Co.,* Reap. Dec. 5006, and which was appraised on the same basis, the issue herein being the same as the issue in the aforesaid case, and that the record in that case may be incorporated herein;

2. That the appraised value of the rayon mats covered by the reappraisements noted above, less any additions made by the importer by reason of the so-called Japanese consumption tax to meet advances by the appraiser in similar cases, represents the export value of such merchandise under the decision above stated, and that there was no higher foreign value at the time of exportation thereof;

Accepting this stipulation as a statement of fact, I find and hold the proper dutiable foreign value of the rayon mats covered by said appeals to be the value found by the appraiser, less any additions made by the importer by reason of the so-called Japanese consumption tax to meet advances made by the appraiser in similar cases then pending in reappraisement. Judgment will be rendered accordingly.